

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00734-CV

Sabian R. **SANTOS**,
Appellant

v.

Rene **DELUNA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI13781
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The reporter's record was originally due by November 17, 2022, and on that day, the court reporter requested a thirty-day extension of time to file the record. We granted the court reporter's request and ordered the record due by December 16, 2022. At this time, the court reporter has not filed the record. Accordingly, we **order** the court reporter to file the reporter's record **by January 30, 2023.** The court reporter is advised if the record is not received by this date, we may initiate contempt proceedings.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court